UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60699-CIV-ZLOCH

INSURANCE COMPANY OF NORTH
AMERICA, as subrogee of Kasa
Marine, Ltd., LLC,

    Plaintiff,

vs.                                                               <u>O R D E R</u>

MAN ENGINES & COMPONENTS,
INC.,

    Defendant/Third Party
    Plaintiff,

vs.

MAHLE FILTERSYSTEME GMBH and
MANN + HUMMEL GMBH,

    Third Party Defendants/
    Fourth Party Plaintiffs,

vs.

SUNSEEKER INTERNATIONAL, LTD.
and JEFFERSON BEACH YACHT SALES,

    Fourth Party Defendants.
_____/

    THIS MATTER is before the Court upon Defendant/Third-Party Plaintiff Man Engines & Components, Inc.'s Response To Order Showing Good Cause And Motion For Relief From Court Order Or Alternatively For Clarification (DE 123) which this Court construes as a Motion For Reconsideration. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    In the instant Motion (DE 123) Defendant/Third-Party Plaintiff Man Engines & Components, Inc. ("Man Engines"), seeks reconsideration or clarification of prior Order (DE 108) granting Third-Party Defendants/Fourth-Party Plaintiffs Mahle

Filtersysteme's ("Mahle") Motion To Compel (DE 97) in all respects. The instant Motion, however, simply restates the arguments Man Engines offered in opposition to the previous Motion To Compel. See DE 98. There is nothing in the instant Motion that suggests the Court made an error of law or based its ruling upon a factual error. Reconsideration is therefore inappropriate. See Z.K. Marine, Inc. v. M/V Archigetis, 808 F.Supp 1561, 1563 (S.D. Fla. 1992).

To the extent the instant Motion seeks clarification, the Court notes that its prior Order (DE 108) addressed Man Engines' objections to Mahle's Interrogatories 2, 3, 4, and 11, and Man Engine's objection to Request For Production 9. Specifically, the Court overruled those objections for various reasons expressed in its Order. The Court's Order was clear as to the objections raised, the grounds for overruling the same, and the relief given therein.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant/Third-Party Plaintiff Man Engines & Components, Inc.'s Response To Order Showing Good Cause And Motion For Relief From Court Order Or Alternatively For Clarification (DE 108), which this Court construes as a Motion For Reconsideration, be and the same is hereby **DENIED**.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of December, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record